**SEALED** 

| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>   United States Attorney<br>2  DAVID W. SPENCER<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900 | **FILED**<br><br>JAN 27 2020<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 684-4627 | CASE NO. 2:20-SW-0084-EFB<br><br>[PROPOSED] SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 1-24-2020

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                                    1